**JOSEPH & HERZFELD LLP**
Attorneys at Law

Charles Joseph
Diane Hester
Michael D. Palmer
D. Maimon Kirschenbaum
Brian P. Fredericks
Michael DiChiara*
*Also admitted in New Jersey and Massachusetts

Of counsel:
Andrew Dwyer**
**Also admitted in New Jersey

757 Third Avenue, 25th Floor
New York, NY 10017
Phone: (212) 688-5640
Fax: (212) 688-2548

www.jhllp.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

## MEMO ENDORSED

July 14, 2008

**VIA FACSIMILE**
(212) 805-7949

Honorable Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Amanda Lemon v. Alistair Economakis*
     Civil Action No.: 08CV4812

Dear Judge Castel:

I write concerning the court conference scheduled for July 18, 2008 in the above-referenced case. Defendant's time to respond to Plaintiff's Complaint has not yet expired. Accordingly, Defendant's counsel has not yet appeared. In addition, I will be in court on another matter during the time in question. Based on the foregoing, I respectfully request that the Court adjourn such conference until after Defendant or his counsel formally appears in this case.

Thank you for your attention to this matter.

Sincerely,

Maimon Kirschenbaum

*[Handwritten endorsement: Conference adjourned from July 18 to September 5, 2008 at 10:00 a.m. SO ORDERED. /s/ [Judge Castel] USDJ 7-18-08]*