UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
AMANDA LEMON

        INDEX NO: 08-cv-4812

      Plaintiffs,

        **PLAINTIFFS' NOTICE OF**
        **VOLUNTARY DISMISSAL**

  v.

ALISTAIR ECONOMAKIS

      Defendant.
-------------------------------------------------------x

      Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss all causes of action in the above-captioned matter against Defendant without prejudice.

Dated: New York, New York
       July 29, 2008

        Respectfully submitted,

        JOSEPH & HERZFELD LLP

        By:   /s/ D. Maimon Kirschenbaum_____
             D. Maimon Kirschenbaum (DK-2338)

        Charles E. Joseph (CJ-9442)
        757 Third Avenue
        25th Floor
        New York, NY 10017
        Tel: (212) 688-5640
        Fax: (212) 688-2548

        *Attorneys for Plaintiffs, proposed collective*
        *action members and proposed class*